IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
08/27/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

EDWIN JOSE ARIOLA ESPINOZA,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
RUSSELL HOTT, Field Office Director, ICE ERO;
DAVID J. VENTURELLA, Acting Director, ICE;
MARKWAYNE MULLIN, DHS Secretary; and
TODD BLANCHE, Attorney General;

Respondents.

Case No. 26-3316-JWL

**ORDER TO SHOW CAUSE**

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials without a bond hearing. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **September 8, 2026**, why the writ should not be granted, including by addressing the Tenth Circuit's recent decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026); and that petitioner is granted until **September 15, 2026**, to file a traverse thereto, addressing that issue and admitting or denying under oath all

factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 27th day of August, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge